# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAY 22 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Christian Barrajas-Magallon ) | Case No. 1:13-CR-00053-AWI-BAM-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christian Barrajas-Magallon, have discussed with Dan Stark, Pretrial Services Officer, modifications of my release conditions as follows:

To modify condition of release 8(s) to remove home detention and place the defendant on the curfew component of location monitoring; the curfew being from 9:00 pm to 5:00 am as directed by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5·16·13        _____ 05/16/2013
Signature of Defendant       Date           Pretrial Services Officer     Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                              5/22/13
Signature of Assistant United States Attorney                          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                              5/16/13
Signature of Defense Counsel                                           Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on       5/22/13
☐ The above modification of conditions of release is *not* ordered.

_____                                              5/22/13
Signature of Judicial Officer                                          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services