```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:13-CR-00053 AWI-BAM |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER ) FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| JOSE BUCIO-CRUZ, and CRISTIAN ALEJANDRO BARRAJAS-MEGALLON, | ) ) ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Marina Gonzalez, attorney for Jose Bucio-Cruz, and Yan Shrayberman, attorney for Cristian Alejandro Barrajas-Magallon, that the status conference set for August 12, 2013 be continued to September 23, 2013 at 1:00 p.m.

There are three reasons for the request. First, the parties are involved in plea negotiations, but need additional information to complete those discussions. Second, further investigation may be necessary after discovery is finalized. Third, the government has not received the lab report regarding the methamphetamine seized in this case which is needed in regards to the first two reasons for the

1

request.  The government is awaiting a response from the DEA lab from two inquiries sent this week regarding when the report can be anticipated.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: August 7, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: August 7, 2013                    /s/ Marina Gonzales
                                         MARINA GONZALES
                                         Attorney for Defendant Cruz

Dated: August 7, 2013                    /s/ Yan Shrayberman
                                         YAN SHRAYBERMAN
                                         Attorney for Defendant Barrajas-Megallon

IT IS SO ORDERED that the 3rd Status Conference is continued from August 12, 2013 to September 23, 2013 at 1:00 P.M. before Judge McAuliffe.

Dated:   August 8, 2013              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE